# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORI IRISH,
Appellant,
vs.
MICHELE LOBELLO; JOHN D. JONES;
AND BLACK & LOBELLO, A
PROFESSIONAL LIMITED LIABILITY
COMPANY,
Respondents.

No. 79331

**FILED**

JAN 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed without the requisite filing fee. On September 6, 2019, appellant filed an application to proceed in forma pauperis in the district court, which was denied on September 20, 2019.

On October 14, 2019 this court directed appellant to submit either the requisite filing fee, or an affidavit demonstrating her inability to pay, which substantially complies with Form 4 of the Nevada Rules of Appellate Procedure. To date, appellant has not submitted an affidavit or paid the filing fee. Cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By: Harriet Cummings

cc: Hon. Rob Bare, District Judge
Lori Irish
Lipson Neilson P.C.
Eighth District Court Clerk

20-00922